Name: _Anne P. Mulligan_
Mailing address: _Beans Cafe 1101 E. 3rd Ave_
City, State, Zip: _Anchorage, AK 99501_
Telephone: _907-764-5945_

RECEIVED

APR 19 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Anne Patricia Mulligan_ ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Regional Hospital_ ,

_____ ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:19-cv-00118 DMS_
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Anne Patricia Mulligan_
(print your name)

who presently resides at _Beans Cafe 1101 E. 3rd Ave. Anchorage, AK 99501_
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _White female ER nurse_ is a citizen of
_AK_, and is employed as a _ER nurse @ Regional Hospital_
_(state)_ _(name)_ _(defendant's government position/title)_

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
_____, and is employed as a_____
_(state)_ _(name)_ _(defendant's government position/title)_

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____
_(state)_ _(name)_ _(defendant's government position/title)_

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about ___4·19·2017___, my civil right to
_____(Date)_____

___Medical treatment, freedom from·___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by ___Jothile ER female nurse___

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1)·

On 4/19/2017 I was brought into Regional Ambulance
via Ambulance because I was having A lot of pain
from the injuries that I obtained on 4/17/2017 from
Officer Joshua Roberts & officer Dan Fletcher that were never
treated for when requested. After Attempting to be seen
for the 3rd time @ Regional ER, A white female nurse
opened the door smiled I was fine that I wasn't going
to be seen again and that I was being escorted
out of the ER and trespassed for 1yr. 3 white male
security guards escorted me out contacted APD and
3 white male officers showed up. The officer that had
patted me down without my consent and he didn't read me
my rights had been drinking. One officer told me that I
needed to Adjust my Attitude + the other officer did nothing
but watch + kept quiet. The officer that had been drinking
got behind the wheel, the officer that told me that I
needed to adjust my attitude got in the passenger
side and I was dropped off @ Beans Cold
Weather Shelter. I was taken to Providence Hospital
via Ambulance to have my upper body rechecked
because I was short of breath and there were
marks under my breasts that weren't there
before. I filed A formal complaint w/ the ombudsman + internal affairs

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

<u>Claim 2</u>: On or about _____ , my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc.  List only one violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.   State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case 3:19-cv-00118-RRB   Document 1   Filed 04/19/19   Page 4 of 7

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): _Anne P. Mulligan_

Defendant(s): _Regional Hospital_

Name and location of court: _Superior ct_

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _✓_ Still pending

Issues Raised: _Hate crime, violation of civil rights medical negligent_

b. Lawsuit 2:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _50 million dollars_

2. Punitive damages in the amount of $ _50 Million dollar_

3. An order requiring defendant(s) to _Go to jail w/pay restitution_

4. A declaration that _the El nurse be remaded to jail_

5. Other: _Make restitution to plaintiff, mmediate family_
   _which includes grandchildren, uncles, brother, cousin_
Plaintiff demands a trial by jury. __X__ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _Anchorage_ on _4·18·2019_
            (Location)              (Date)

_Anne P. Mulligan_
(Plaintiff's Original Signature)


_Anne P. Mulligan (Pro Se)_          _4·18·2015_
Original Signature of Attorney (if any)        (Date)

_Beans Cafe_
_1101 E 3rd Ave_
_Anchorage, AK 99501_  _907-764-5445_
Attorney's Address and Telephone Number


PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 7 of 7